**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**Ronda Hoblit,**

                *Plaintiff*,          Case No. 3:16-cv-420

v.

                                District Judge Thomas M. Rose

**Nancy A. Berryhill,**
    Commissioner of Social Security,      Magistrate Judge Sharon Ovington

                *Defendant*.
_____

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE (ECF 14), OVERRULING DEFENDANT'S OBJECTIONS (ECF 16), REVERSING THE COMMISSIONER'S FINDING OF NON-DISABILITY; REMANDING PLAINTIFF'S APPLICATION FOR DISABILITY INSURANCE BENEFITS AND SUPPLEMENTAL SECURITY INCOME TO THE SOCIAL SECURITY ADMINISTRATION FOR PAYMENT OF BENEFITS CONSISTENT WITH THE SOCIAL SECURITY ACT; AND TERMINATING THE INSTANT CASE.**
_____

This matter comes before the Court pursuant to Objections (ECF 16) to the Report and Recommendations of Magistrate Judge Sharon Ovington (ECF 14) recommending that the Commissioner's non-disability finding be reversed and that Plaintiff's March 1, 2011 application for Disability Insurance Benefits and Supplemental Security Income be remanded to the Social Security Administration for payment of benefits consistent with the Social Security Act.

The Court has reviewed the findings of the Magistrate Judge and, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case. Upon consideration of the foregoing, the Court finds the Objections (Doc. 16) are not well-taken and are hereby **OVERRULED**.

The Court **ADOPTS** the Report and Recommendations (Doc. 14) in its entirety. The Commissioner's non-disability finding is hereby **REVERSED**. Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income filed on March 1, 2011 is **REMANDED** to the Social Security Administration for payment of benefits consistent with the Social Security Act. The instant case is **TERMINATED** on the docket of the United States District Court for the Southern District of Ohio, Western District at Dayton.

**DONE** and **ORDERED** this Tuesday, March 27, 2018.

**s/THOMAS M. ROSE**

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE